# UNITED STATES DISTRICT COURT

Eastern     **District of**     California

| | |
|---|---|
| Estate of Charles Wilson <br> Plaintiff (s). <br> V. <br><br> John Hancock Life Insurance Company (U.S.A.) <br> Defendant (s). | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> **CASE NUMBER:** 2:19—CV-00990—TLN |

Notice is hereby given that, subject to approval by the court, John Hancock Life Ins. Co. (U.S.A.) substitutes
(Party (s) Name)

John C. Holmes of the Law Office of John C. Holmes . State Bar No. 120578 as counsel of record in
(Name of New Attorney)

place of    John C. Holmes of Steckbauer Weinhart LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Law Office of John C. Holmes

Address:    225 South Lake Avenue, Suite 300, Pasadena, California 91101

Telephone:    (626) 325-6335      Facsimile

E-Mail (Optional):    John@JCHolmesLaw.com

I consent to the above substitution.

Date:    ~~9/17/2019~~   1/9/20

John Hancock L. R. Insurance Co (U.S.A.)
(Signature of Party (s))

I consent to being substituted.

Date:    9/16/2019

John C. Holmes   Digitally signed by John C. Holmes Date 2019 09 16 15 03 26 -07'00'
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    9/16/2019

John C. Holmes   Digitally signed by John C. Holmes Date 2019 09 16 15 03 52 -07'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    January 21, 2020

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]